AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

John P. McEnery, an individual,
                          Plaintiff(s),

V.

Tom McEnery, an individual; Martin Menne, an individual; MCM Diversified, a California Corporation; and DOES 1-10,
                          Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:21-cv-09614-HSG

Notice is hereby given that, subject to approval by the court, **Defendants Tom McEnery, Martin Menne, and MCM Diversified** substitutes
(Party(s) Name)

**Bernard S. Greenfield**, State Bar No. **66017** as counsel of record in
(Name of New Attorney)

place of **Stephen D. Pahl, Sonia S. Shah, Stephen E. Makino, and Helene A. Simvoulakis-Panos of Pahl & McCay**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Greenfield LLP |
| Address: | 55 S. Market Street, Suite 1500, San Jose, CA 95113 |
| Telephone: | (408) 995-5600    Facsimile |
| E-Mail (Optional): | bgreenfield@greenfieldlaw.com |

I consent to the above substitution.

Date: March 24, 2022

*Tom McEnery (signature)*
*Martin Menne (signature)*
(Signature of Party(s))

I consent to being substituted.

Date: March 23, 2022

*Martin Menne for MCM Diversified (signature)*
*Stephen D. Pahl for Pahl & McCay (signature)*
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: March 24, 2022

*Bernard S. Greenfield (signature)*
(Signature of New Attorney)
Bernard S. Greenfield

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/4/2022

*Haywood S. Gilliam Jr. (signature)*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]