AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

John P. McEnery, an individual,
                 Plaintiff(s),

V.

Tom McEnery, an individual; Martin Menne, an individual; MCM Diversified, a California Corporation; and DOES 1-10,
                 Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:21-cv-09614-HSG

Notice is hereby given that, subject to approval by the court, __Defendants Tom McEnery, Martin Menne, and MCM Diversified__ substitutes
(Party(s) Name)

__Rachel Thomas__, State Bar No. __244527__ as counsel of record in
(Name of New Attorney)

place of __Stephen D. Pahl, Sonia S. Shah, Stephen E. Makino, and Helene A. Simvoulakis-Panos of Pahl & McCay__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Greenfield LLP
    Address: 55 S. Market Street, Suite 1500, San Jose, CA 95113
    Telephone: (408) 995-5600    Facsimile _____
    E-Mail (Optional): rthomas@greenfieldlaw.com

I consent to the above substitution.
Date: March 24, 2022

Tom McEnery
Martin Menne
(Signature of Party(s))

I consent to being substituted.
Date: March 23, 2022

Martin Menne for MCM Diversified
(Signature of Former Attorney(s))
Stephen D. Pahl for Pahl & McCay

I consent to the above substitution.
Date: March 24, 2022

Rachel Thomas
(Signature of New Attorney)
Rachel Thomas

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/4/2022

Haywood S. Gilliam, Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]