**BERNARD S. GREENFIELD** (SBN 66017)
**RACHEL THOMAS** (SBN 244527)
**BRIDGET O'HARA** (SBN 313945)
GREENFIELD LLP
55 S. Market Street, Suite 1500
San Jose, California 95113
Telephone: (408) 995-5600
Email: bgreenfield@greenfieldlaw.com
       rthomas@greenfieldlaw.com
       bohara@greenfieldlaw.com

Attorneys for Defendants TOM MCENERY;
MARTIN MENNE; and MCM DIVERSIFIED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN P. MCENERY IV, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TOM MCENERY, an individual; MARTIN MENNE, an individual; MCM DIVERSIFIED, a California Corporation; and DOES 1-10, <br><br> Defendants. | Case No. 4:21-cv-09614-HSG <br><br> **STIPULATION AND ORDER TO TAKE MOTION TO DISQUALIFY COUNSEL OFF CALENDAR AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for

Plaintiff JOHN P. MCENERY IV, an individual ("Plaintiff") and Defendants TOM

MCENERY, an individual; MARTIN MENNE, an individual; and MCM DIVERSIFIED

(collectively "Defendants"), as follows:

     1.     WHEREAS, on or about January 25, 2022, Plaintiff filed a "Motion to

Disqualify Counsel" ("Motion to Disqualify") as to Defendants' former counsel, Stephen

Pahl of Pahl & McCay PLC. (See Dkt. 23.)

2.       WHEREAS, on or about January 26, 2022, Plaintiff filed a "Re-Notice of Motion to Disqualify Counsel," setting the hearing for the Motion to Disqualify for May 5, 2022 at 2:00 p.m. (See Dkt. 27.)

3.       WHEREAS, on or about February 8, 2022, Defendants, through their former counsel, filed an Opposition/Response to Plaintiff's Motion to Disqualify (see Dkt. 29), and on or about February 15, 2022, Plaintiff filed a Reply in response thereto (see Dkt. 30).

4.       WHEREAS, on or about March 3, 2022, the Clerk of the Court provided notice that the hearing on the Motion to Disqualify was advanced from May 5, 2022 to April 7, 2022. (See Dkt. 36.)

5.       WHEREAS, by that same March 3, 2022 order, the Clerk of the Court provided notice that the Initial Case Management Conference previously set for March 15, 2022 was continued to April 28, 2022. (See Dkt. 36.)

6.       WHEREAS, based on the April 28, 2022 date for the Initial Case Management Conference, the parties' deadline to meet and confer regarding the Initial Case Management Conference, including initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26, is April 7, 2022, and the deadline for the parties to file a Joint Case Management Statement is April 21, 2022.

7.       WHEREAS, on or about April 4, 2022, the Court entered the Consent Orders Granting Substitutions of Attorneys ("Substitution Orders") of Bernard S. Greenfield, Rachel Thomas, and Bridget O'Hara of Greenfield LLP for Stephen Pahl, Sonia Shah, Stephen Makino, and Helene A. Simvoulakis-Panos of Pahl & McCay PLC as counsel of record for Defendants. (See Dkt. 36.)

8.       WHEREAS, as a result of the Substitution Orders, Plaintiff's Motion to Disqualify is moot.

GREENFIELD

STIPULATION AND ORDER TO TAKE MOTION TO DISQUALIFY COUNSEL OFF CALENDAR AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

9.      WHEREAS, counsel for Defendants require sufficient time to come up to speed on this matter in order to competently and effectively represent Defendants and therefore require a continuance of the Initial Case Management Conference.

10.     THEREFORE, it is hereby stipulated that Plaintiff's Motion to Disqualify is OFF CALENDAR. It is further stipulated that the Initial Case Management Conference currently set for April 28, 2022 is continued to May 31, 2022 at 2:00 p.m.

IT IS SO STIPULATED:

McMANIS FAULKNER

Dated: April 5, 2022                    By:_____ /s/ Chris Rosario_____
                                        CHRIS ROSARIO
                                        Attorneys for Plaintiff JOHN MCENERY IV


GREENFIELD LLP

Dated: April 5, 2022                    By:_____ /s/ Rachel Thomas_____
                                        RACHEL THOMAS
                                        Attorneys for Defendants TOM MCENERY;
                                        MARTIN MENNE; and MCM DIVERSIFIED


**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.


Dated: 4/6/2022                         _____
                                        HAYWOOD S. GILLIAM, JR.
                                        District Judge

STIPULATION AND ORDER TO TAKE MOTION TO DISQUALIFY COUNSEL OFF CALENDAR
AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE