1    JAMES McMANIS (40958)
     CHRISTOPHER ROSARIO (326436)
2    McMANIS FAULKNER
     a Professional Corporation
3    50 West San Fernando Street, 10th Floor
     San Jose, California 95113
4    Telephone:   (408) 279-8700
     Facsimile:    (408) 279-3244
5    Email: jmcmanis@mcmanislaw.com
           crosario@mcmanislaw.com

6

7    Attorneys for Plaintiff,
     John P. McEnery IV

8

9    BERNARD S. GREENFIELD (SBN 66017)
     RACHEL THOMAS (SBN 244527)
10    GREENFIELD LLP
     55 S. Market Street, Suite 1500
11    San Jose, California 95113
     Telephone: (408) 995-5600
12    Email: bgreenfield@greenfieldlaw.com
           rthomas@greenfieldlaw.com

13

14    Attorneys for Defendants
     MCM DIVERSIFIED, MARTIN MENNE,
15    and TOM MCENERY

16

17                 UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                    OAKLAND DIVISION

20

| | |
|---|---|
| 21   John P. McEnery IV, an individual, | Case No. 4:21-cv-09614-HSG |
| 22            Plaintiff, | **JOINT STATUS REPORT** |
| 23       vs. | |
| 24   Tom McEnery, an individual; Martin Menne, an individual; MCM Diversified, a California | |
| 25   Corporation; and DOES 1-10, | |
| 26          Defendant(s). | |

27

28

   JOINT STATUS REPORT; 4:21-cv-09614-HSG

1         Pursuant to the Court's Order Requesting Status Report Re Status of the Arbitration

2    (ECF 56), Plaintiff, John P. McEnery IV ("Plaintiff") and Defendants, MCM DIVERSIFIED,

3    MARTIN MENNE, and TOM MCENERY (collectively, "Defendants"), through their respective

4    counsel of record, hereby submit the following joint status report:

5         On December 15, 2022, the parties filed their first Joint Status Report.  (ECF 57).

6         On April 14, 2023, the parties filed their second Joint Status Report.  (ECF 58).

7         On May 15, 2023, in *MCM Diversified and Tom McEnery v. John McEnery IV*, AAA No.

8    01-21-0004-6007, the arbitrator issued the Final Award of Arbitrator.

9         On May 24, 2023, Defendants requested the arbitrator correct typographical errors in the

10   final award.

11        On June 12, 2023, the arbitrator issued the Corrected Final Award of Arbitrator.

12        No party has yet petitioned to confirm, correct, or vacate the award.

13

14

15   DATED:  August 11, 2023              McMANIS FAULKNER

16

17                               */s/ Christopher Rosario*

18                               JAMES MCMANIS
     CHRISTOPHER ROSARIO

19                               Attorneys for Plaintiff,
     JOHN MCENERY IV

20   DATED:  August 11, 2023              GREENFIELD LLP

21

22                               */s/ Rachel Thomas*

23                               BERNARD GREENFIELD
     RACHEL THOMAS

24                               Attorneys for Defendants,

25                               TOM MCENERY, MARTIN MENNE, and
     MCM DIVERSIFIED.

26

27

28

JOINT STATUS REPORT; 4:21-cv-09614-HSG