**RACHEL THOMAS** (SBN 244527)
GREENFIELD LLP
55 S. Market Street, Suite 1500
San Jose, California 95113
Telephone: (408) 995-5600
Email: rthomas@greenfieldlaw.com


Attorneys for Defendants TOM MCENERY;
MARTIN MENNE; and MCM DIVERSIFIED


**JAMES McMANIS (40958)**
**ABIMAEL BASTIDA (303355)**
**HILARY WEDDELL (293276)**
McMANIS FAULKNER, a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email:  jmcmanis@mcmanislaw.com
        abastida@mcmanislaw.com
        hweddell@mcmanislaw.com

Attorneys for Plaintiff, JOHN P. MCENERY IV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN P. MCENERY IV, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TOM MCENERY, an individual; MARTIN MENNE, an individual; MCM DIVERSIFIED, a California Corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 4:21-cv-09614-HSG<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order Requesting Status Report Re Status of the Arbitration (ECF 56), Plaintiff, John P. McEnery IV ("Plaintiff") and Defendants, MCM DIVERSIFIED, MARTIN MENNE, and TOM MCENERY (collectively, "Defendants"), through their respective counsel of record, hereby submit the following joint status report:

On December 15, 2022, the parties filed their first Joint Status Report. (ECF 57).

On April 14, 2023, the parties filed their second Joint Status Report. (ECF 58).

On May 15, 2023, in *MCM Diversified and Tom McEnery v. John McEnery IV*, AAA No. 01-21-0004-6007, the arbitrator issued the Final Award of Arbitrator.

On May 24, 2023, MCM Diversified and Tom McEnery requested the arbitrator correct typographical errors in the final award.

On June 12, 2023, the arbitrator issued the Corrected Final Award of Arbitrator.

On August 11, 2023, the parties filed their third Joint Status Report. (ECF 59).

On August 23, 2023, Plaintiff petitioned to vacate the Corrected Final Award in the Superior Court of California, County of Santa Clara ("Superior Court"), Case No. 23CV421549. On October 20, 2023, MCM Diversified and Tom McEnery opposed the petition to vacate and requested that the Corrected Final Award of Arbitrator be confirmed.

On December 8, 2023, the parties filed their fourth Joint Status Report. (ECF 61).

On February 20, 2024, Plaintiff filed his reply in support of his petition to vacate the award in the Superior Court. On February 22, 2024, MCM Diversified and Tom McEnery objected to Plaintiff's reply in support of his petition to vacate the Corrected Final Award.

Plaintiff's petition to vacate the Corrected Final Award came on for hearing before the Superior Court on February 27, 2024. In an order filed February 27, 2024, the Honorable Frederick S. Chung denied Plaintiff's petition to vacate, concluding that there was no basis to vacate under California Code of Civil Procedure section 1286.2. The Superior Court also denied *without prejudice* Defendants' request to confirm on the basis that there "is another already-pending court proceeding."

On March 7, 2024, Defendants moved to confirm the arbitration award and for post-award attorneys' fees and costs in this action. (ECF 62).

On March 21, 2024, Plaintiff opposed Defendants' motion to confirm. (ECF 63).

1   On March 28, 2024, Defendants filed their reply in support of the motion to confirm.
2 (ECF 64).
3   A hearing on Defendants' motion to confirm was scheduled for May 16, 2024, at
4 2:00 p.m.
5   On April 30, 2024, Defendants' motion to confirm and related documents were
6 taken under submission by the Court and the hearing previously scheduled for May 16,
7 2024 was vacated. (ECF 65).
8   As of the date of this filing, the Court has not issued an order on Defendants'
9 motion to confirm and related documents.

McMANIS FAULKNER

Dated: August 12, 2024        By: /s/ Hilary Weddell
                                 HILARY WEDDELL
                                 Attorneys for Plaintiff JOHN MCENERY IV


GREENFIELD LLP

Dated: August 12, 2024        By: /s/ Rachel Thomas
                                 RACHEL THOMAS
                                 Attorneys for Defendants TOM MCENERY;
                                 MARTIN MENNE; and MCM DIVERSIFIED