1 | JAMES McMANIS (40958)
HILARY WEDDELL (293276)
2 | ABIMAEL BASTIDA (303355)
McMANIS FAULKNER
3 | a Professional Corporation
50 West San Fernando Street, 10th Floor
4 | San Jose, California 95113
Telephone:    (408) 279-8700
5 | Facsimile:    (408) 279-3244
Email: hweddell@mcmanislaw.com
6 |        abastida@mcmanislaw.com

7 | Attorneys for Plaintiff,
JOHN P. MCENERY IV
8 |

9 | RACHEL THOMAS (SBN 244527)
GREENFIELD LLP
10 | 55 S. Market Street, Suite 1500
San Jose, California 95113
11 | Telephone: (408) 995-5600
Email: rthomas@greenfieldlaw.com
12 |

13 | Attorneys for Defendants
MCM DIVERSIFIED, MARTIN MENNE,
14 | and TOM MCENERY

15 |

16 |                UNITED STATES DISTRICT COURT

17 |              NORTHERN DISTRICT OF CALIFORNIA

18 |                     OAKLAND DIVISION

19 |

20 | John P. McEnery IV, an individual,              Case No. 4:21-cv-09614-HSG

21 |             Plaintiff,                          **STIPULATION AND ORDER RE
                                                     BRIEFING SCHEDULE
22 |        vs.                                      RELATING TO DEFENDANTS'
                                                     MOTION TO LIFT STAY**
23 | Tom McEnery, an individual; Martin Menne,
an individual; MCM Diversified, a California
24 | Corporation; and DOES 1-10,

25 |             Defendant(s).

26 |

27 |

28 |

1

1       IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for

2   Defendants MCM DIVERSIFIED, MARTIN MENNE, and TOM MCENERY ("Defendants")

3   and Plaintiff JOHN MCENERY IV ("Plaintiff") (together with Defendants, the "Parties"), as

4   follows:

5       1.      WHEREAS on December 12, 2024, Defendants filed their Notice of Motion and

6   Motion to Lift Stay (ECF No. 69) ("Motion to Lift Stay").

7       2.      WHEREAS per Civil Local Rules 7-3(a), an Opposition by Plaintiff would be due

8   on December 26, 2024, not more than 14 days after the Motion to Lift Stay was filed on

9   December 12, 2024.

10      3.      WHEREAS per Civil Local Rules 7-3(c), a Reply to any Opposition from

11  Defendants would be due on January 2, 2025, not more than 7 days after the Opposition was due.

12      4.      WHEREAS the Court has set a hearing for the matter on February 20, 2025.

13      5.      WHEREAS the office of McManis Faulkner, Counsel for Plaintiff, is closed for

14  the holidays between December 23, 2024, to January 1, 2025.

15      6.      WHEREAS the Parties have met and conferred and agreed that a revised briefing

16  schedule allowing Plaintiff to file his Opposition to the Motion to Lift Stay on January 20, 2025,

17  and Defendants to file their Reply by February 3, 2025, would be most convenient to the Parties

18  without disturbing the Court's hearing date.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION AND  ORDER RE BRIEFING SCHEDULE RELATING TO
DEENDANTS' MOTION TO LIFT STAY; 4:21-cv-09614-HSG

1    7.    THEREFORE, it is hereby stipulated that the deadline for Plaintiff to file his

2  Opposition to Motion to Lift Stay is extended to January 20, 2025, and Defendants' deadline for

3  filing a Reply to the Opposition to Motion to Lift Stay is extended to February 3, 2025.

4  DATED:  December 17, 2024                    McMANIS FAULKNER

5

6                                                    /s/ Hilary Weddell
                                                     HILARY WEDDELL
7
                                                     Attorneys for Plaintiff,
8                                                    JOHN MCENERY IV

9

10  DATED:  December 17, 2024                   GREENFIELD LLP

11

12                                                   /s/ Rachel Thomas
                                                     RACHEL THOMAS
13
                                                     Attorneys for Defendants,
14                                                   TOM MCENERY, MARTIN MENNE, and
                                                     MCM DIVERSIFIED
15

16                                    **ATTESTATION**

17        Pursuant to Civil Local Rule 5-1, I hereby attest that all counsel represented by conformed

18  signatures above have concurred in the filing of this document.

19  Dated:  December 17, 2024                    McMANIS FAULKNER

20

21                                                   /s/ Hilary Weddell
                                                     HILARY WEDDELL
                                                     Attorney for Plaintiff
22

23

24                                    **ORDER**

25        PURSUANT TO STIPULATION, IT IS SO ORDERED.

26

27  DATED:   12/18/2024              _____
                                      THE HON. HAYWOOD S. GILLIAM, JR.
28                                    United States District Judge

STIPULATION AND ORDER RE BRIEFING SCHEDULE RELATING TO
DEENDANTS' MOTION TO LIFT STAY; 4:21-cv-09614-HSG